COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Jane  Doe v. Yum! Brands, Inc.; Pizza Hut, Inc.; Muy Pizza Houston, LLC

Appellate case numbers:  01-19-00844-CV
                         01-19-00845-CV
                         01-19-00846-CV

Trial court case numbers: 2017-42257
                          2017-42257-A
                          2017-42257-B

Trial court:             157th District Court of Harris County

Appellant filed a motion to consolidate appellate cause numbers 01-19-00844-CV, 01-19-00845-CV, and 01-19-00846-CV. We **deny** the request to consolidate the appeals under one appeal number, but we **grant** the motion to consolidate the appeals for the purpose of filing the briefs, the clerk's record, and the reporter's record. The parties may file one brief in these consolidated appeals. The parties' briefs should include all three appellate cause numbers.

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                              Acting individually

Date: January 16, 2020